IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FINLEY L. HILLIARD, | § | |
| KENNETH M. FARRAR, and | § | |
| MILFORD, HILLARD & FARRAR, P.C. | § | |
| | § | |
| v. | § | C.A. NO. H-01-4175 |
| | § | |
| J. HOWARD MARSHALL, III, | § | |
| JACK W. LAWTER, DIANNE LAWTER | § | |
| LAWTER & LAWTER, LLP, AVI S. PERETZ | § | |
| and GABRIEL, HERMAN & PERETZ, LLP | § | |

**J. HOWARD MARSHALL, III'S NOTICE OF BANKRUPTCY
AND SUGGESTION OF AUTOMATIC STAY**

J. HOWARD MARSHALL, III files this Notice of Bankruptcy and Suggestion of Automatic Stay showing the Court that this action should be stayed pursuant to 11 U.S.C. § 362. On July 23, 2002, J. Howard Marshall, III (the "Debtor") filed for bankruptcy protection in the United States Bankruptcy Court, Central District of California, Cause No. LA 02-30769-SB. A copy of the petition is attached hereto.

Pursuant to 11 U.S.C. § 362, continuation of any and all judicial actions against the Debtor are stayed pending a resolution or dismissal of the bankruptcy case.

Respectfully submitted,

THE HARTNETT LAW FIRM

Jim Hartnett Jr.
Texas Bar Card No. 09169200
Southern District ID No. 30132

4900 Thanksgiving Tower
1601 Elm Street
Dallas, Texas  75201
Phone: (214) 742-4655

#23

Fax:   (214) 855-7857

ATTORNEYS FOR J. HOWARD
MARSHALL, III

### Certificate of Service

I hereby certify that on this 1st day of August, 2002, in accordance with the
Tex.R.Civ.Prac. a true and correct copy of the above and foregoing has been sent to:

Bob Galatas
Rusty Hardin & Associates
1201 Louisiana, Suite 3300
Houston, Texas 77002

Murray Fogler
McDade Fogler Maines, LLP
Two Houston Center
909 Fannin, Suite 1200
Houston, Texas 77010-1006

Mr. Rusty Hardin
Rusty Hardin & Associates
1201 Louisiana, Suite 3300
Houston, Texas 77002

_____
Jim Hartnett, Jr.

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Marshall, J. Howard | Marshall, Ilene O. |

| All Other Names used by the Debtor in the last 6 years include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| | |

| Soc. Sec./Tax I.D. No. (if more than one, state all): | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| 569-__-2117 | 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 |

| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|
| 300 S. Orange Grove Blvd. #7 Pasadena, CA 91105 | 300 S. Orange Grove Blvd. #7 Pasadena, CA 91105 |

| County of Residence or of the Principal Place of Business:  Los Angeles | County of Residence or of the Principal Place of Business:  Los Angeles |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| | |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)          ☐ Railroad
- ☐ Corporation          ☐ Stockbroker
- ☐ Partnership          ☐ Commodity Broker
- ☐ Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7     ☑ Chapter 11     ☐ Chapter 13
- ☐ Chapter 9     ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business     ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

07/23/2002  **FILED**  14:21

**LA02-30769SB**

DEBTOR:
   MARSHALL, J HOWARD
JUDGE: HON. S. Bufford - 359
TRUSTEE:     CH: 11 (INCOMPLETE)
341A MTG:
ADR:

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 721
RECEIPT NO: LA-030308   $830.00

Marshall, J. Howar
Marshall, Ilene O.

This page must be completed and filed in every c

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Locat of Where I ed: - None - | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

declare under penalty of perjury that the information provided in this petition is true and correct.
If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter
request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signature)_
Signature of Debtor J. Howard Marshall

X _(signature)_
Signature of Joint Debtor Ilene O. Marshall

Telephone and Fax Number (If not represented by attorney)

July 23, 2002
Date

X _(signature)_
Signature of Attorney

Signature of Attorney for Debtor(s)
David L. Neale 141225
Printed Name of Attorney for Debtor(s)
Levene, Neale, Bender, Rankin & Brill L.L.P.
Firm Name
1801 Avenue of the Stars
Suite 1120
Los Angeles, CA 90067
Address
(310) 229-1234 Fax: (310) 229-1244
Telephone and Fax Number
July 23, 2002         141225
Date                  Bar Number

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _(signature)_                    July 23, 2002
Signature of Attorney for Debtor(s)      Date
David L. Neale 141225

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which the debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
     **None.**

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
     **None.**

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is a general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
     **None.**

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
     **None.\***

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Los Angeles___ , California.

Date: __July 23, 2002__

_J. Howard Marshall_
**J. Howard Marshall**
Debtor

_Ilene O. Marshall_
**Ilene O. Marshall**
**Joint Debtor**

**\* Please see attached addendum**

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

### Addendum to Statement of Related Cases

Although not technically within the definition of a case "related" to the case commenced by J. Howard Marshall, III and Ilene O. Marshall, for information purposes only, the debtors herein believe that this Chapter 11 case may have many of the same principal parties as the case styled <u>In re Vickie Lynn Marshall</u>, bearing Case Number LA 96-12510 SB. In addition, J. Howard Marshall, III is Vickie Lynn Marshall's stepson by marriage.

## Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## United States Bankruptcy Court

### Central District of California

| | |
|---|---|
| n re   **J. Howard Marshall,**<br>**Ilene O. Marshall** | Case No. _____ |
|               **Debtors** | Chapter _____ **11** _____ |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pierce Marshall as Trustee r Bettye B. Marshall Trusts o Chambers Law Firm 40 N. Central Expressway, 16 allas, TX 75206 | Jeffrey Chambers E. Pierce Marshall as Trustee for Bettye B. Marshall Trusts c/o Chambers Law Firm Dallas, TX 75206 | | Disputed | 11,389,643.66 |
| ilford, Hilliard & Farrar P.C. 104 Enterprise Blvd. ike Charles, LA 70601 | Milford, Hilliard & Farrar P.C. 1304 Enterprise Blvd. Lake Charles, LA 70601 | | Disputed | 1,000,000.00 |
| ocke Liddell & Sapp 400 Chase Tower 0 Tavis St. ouston, TX | Wade Turner or Fermeen Fazal Locke Liddell & Sapp 3400 Chase Tower 600 Tavis St. Houston, TX 713-226-1179 | | | 69,643.29 |
| ook, Roach & Lawless 111 Bagby, Suite 2650 ttn: Randy Roach, Jr. ouston, TX 77002 | Attn: Randy Roach, Jr. Cook, Roach & Lawless 1111 Bagby, Suite 2650 Houston, TX 77002 | | Disputed | 41,953.75 |
| vi S. Peretz 800 28th Street, #338 anta Monica, CA 90405 | Avi S. Peretz Avi S. Peretz 2800 28th Street, #338 Santa Monica, CA 90405 310/593-8000, ext 102 | | | 983.73 |

n re   J. Howard Marshall,
     Ilene O. Marshall

Case No. _____

Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| wter Lawter 15 Kirby, #930 tn: Jack W. & Dianne Lawter usto 1, TX 77005 | Jack W. & Dianne Lawter Lawter & Lawter 5615 Kirby, #930 Houston, TX 77005 713-522-9400 | | | 241.01 |
| neric 11 Express x 00 1 s Angeles, CA 90096 | American Express Box 0001 Los Angeles, CA 90096 | | | Unknown |
| narter Communications D Box 475 noeni noeni AZ 85062-8475 | Charter Communications PO Box 78475 Phoenix Phoenix, AZ 85062-8475 | | | Unknown |
| tl Gold Advantage Card D Box 14 ne Lakes, NV 88901-6414 | Citi Gold Advantage Card PO Box 6414 The Lakes, NV 88901-6414 | | | Unknown |
| ity of Pasadena, Municipal ervice O Box 7120 asadena, CA 91109 | City of Pasadena, Municipal Service PO Box 7120 Pasadena, CA 91109 | | | Unknown |
| el Grove Homeowners Association /o D & J Properties 581 N. Lake Avenue Itadena, CA 91001 | Del Grove Homeowners Association c/o D & J Properties 2581 N. Lake Avenue Altadena, CA 91001 | | | Unknown |

In re   J. Howard Marshall,
       Ilene O. Marshall

Case No. _____

Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Stephen J. Cook, Trustee for the Marshall Museum & Trust) o Breazeale, Sachse & Wilson 08 Poydras St., #1500 ew Orleans, LA 70112 | Peter Butler, Esq. Dr. Stephen J. Cook, Trustee (for the Marshall Museum & Trust) c/o Breazeale, Sachse & Wilson New Orleans, LA 70112 | | Disputed | Unknown |
| ench Hand Laundry ske Avenue asadena, CA 91106 | French Hand Laundry Lake Avenue Pasadena, CA 91106. | | | Unknown |
| ardin Marine Arrowhead O Box 1885 ake Arrowhead, CA 92352 | Hardin Marine Arrowhead PO Box 1885 Lake Arrowhead, CA 92352 | | | Unknown |
| ake Arrowhead Cable harter Communications 2490 Business Center Drive, #1 ictorville, CA 92392 | Lake Arrowhead Cable Charter Communications 12490 Business Center Drive, #1 Victorville, CA 92392 | | | Unknown |
| ake Arrowhead Country Club O Box 670 ake Arrowhead, CA 92352 | Lake Arrowhead Country Club PO Box 670 Lake Arrowhead, CA 92352 | | | Unknown |
| ake Arrowhead Yacht Club O Box 363 ake Arrowhead, CA 92352 | Lake Arrowhead Yacht Club PO Box 363 Lake Arrowhead, CA 92352 | | | Unknown |

In re    J. Howard Marshall,
       Ilene O. Marshall

Case No. _____

Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sunrise at Mammoth<br>PO Box 989<br>Mammoth Lakes, CA 93546 | Sunrise at Mammoth<br>PO Box 8989<br>Mammoth Lakes, CA 93546 | | | Unknown |
| The Hartnett Law Firm<br>4900 Thanksgiving Tower<br>901 E n Street<br>James J. Hartnett, Jr.<br>Dallas, TX 75201 | James J. Hartnett, Jr.<br>The Hartnett Law Firm<br>4900 Thanksgiving Tower<br>Dallas, TX 75201<br>214-742-9646 | | | Unknown |
| Wells Fargo Bank Texas, N.A.<br>1445 Ross Avenue<br>5303-442<br>Dallas, TX 75202 | Attn: Sam V. Guerin, Jr., V.P.,<br>Wells Fargo Bank Texas, N.A.<br>1445 Ross Avenue<br>T5303-442<br>Dallas, TX 75202<br>(214) 721-8261 | | Contingent<br>Unliquidated | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date __July 23, 2002__

Signature _____
J. Howard Marshall
Debtor

Date __July 23, 2002__

Signature _____
Ilene O. Marshall
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Name: **David L. Neale 141225**

Address: **1801 Avenue of the Stars**
**Suite 1120**
**Los Angeles, CA 90067**

Telephone: **(310) 229-1234**

Fax: **(310) 229-1244**

■ Attorney for Debtor(s)
□ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years: | Case No. |
|---|---|
| J. Howard Marshall<br>Here O. Marshall | |
| Social Security No. **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** Debtor<br>Social Security No. **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** Joint Debtor<br>Debtor(s) EIN No. _____ | **NOTICE OF AVAILABLE CHAPTERS** |

1. Section 342(b) of 11 U.S.C. ("The Bankruptcy Code") states:
   "Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed."

2. You are eligible to file under Chapter 7, whereby debts are discharged and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

3. You are eligible to file under Chapter 11 for debt reorganization upon payment of the additional fee required.

4. If your noncontingent, liquidated debts are less than $290,525.00 unsecured and $871,550.00 secured (11 U.S.C. § 109(e)), you are also eligible to file under Chapter 13 and to use future income to pay all or a portion of your debts.

5. If you are a family farmer, with a regular annual income, as defined by 11 U.S.C. § 101 (18) (19), you are eligible to file under Chapter 12.

6. To determine which chapter to file under, it is recommended that you consult an attorney.

**JON D. CERETTO**
Clerk of Court

"I HAVE READ THE ABOVE "NOTICE OF AVAILABLE CHAPTERS."

Signature of Debtor
J. Howard Marshall

**July 23, 2002**
Date

Signature of Joint Debtor (if applicable)
Here O. Marshall

**July 23, 2002**
Date

**If the Court has previously ordered that you may not file bankruptcy for 180 days or any other period, you may not file bankruptcy without prior leave of the Court.**

Form 8203 - Disclosure of Compensation of Attorney · Debtor - (1/88)

1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

J. Howard Marshall
lene O. Marshall

Debtor.

Case No.:

## DISCLOSURE OF COMPENSATION
## OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept........................................ $ 200,000.00 ·

Prior to the filing of this statement I have received.......................... $ 200,000.00

Balance Due........................................................................................ $ 0.00.

2. The source of the compensation paid to me was:

■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor (s) in this bankruptcy proceeding.

July 23, 2002
Date

David L. Neale 141225
Signature of Attorney
Levene, Neale, Bender, Rankin & Brill L.L.P.
Name of Law Firm
1801 Avenue of the Stars
Suite 1120
Los Angeles, CA 90067
(310) 229-1234  Fax: (310) 229-1244

## MASTER MAILING LIST
### Verification Pursuant to Local Rule 1007-2(d)

Name    **David L. Neale 141225**

Address    **1801 Avenue of the Stars, Suite 1120 Los Angeles, CA 90067**

Telephone    **(310) 229-1234 Fax: (310) 229-1244**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years:<br>**J. Howard Marshall**<br>**Ilene O. Marshall** | Case No. | |
|---|---|---|
| | Chapter | **11** |
| | | |
| Social Security No.   **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**   Debtor<br>Social Security No.   **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**   Joint Debtor<br>Debtor(s) EIN No. _____ | | |

---

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **5** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date   **July 23, 2002**

J. Howard Marshall
Signature of Debtor

Date   **July 23, 2002**

Ilene O. Marshall
Signature of Debtor

Date   **July 23, 2002**

Signature of Attorney
**David L. Neale 141225**
**Levene, Neale, Bender, Rankin & Brill L.L.P.**
**1801 Avenue of the Stars**
**Suite 1120**
**Los Angeles, CA 90067**
**(310) 229-1234  Fax: (310) 229-1244**

J. Howard Marshall
300 S. Orange Grove Blvd.
#7
Pasadena, CA 91105


Ilene O. Marshall
300 S. Orange Grove Blvd.
#7
Pasadena, CA 91105


David L. Neale 141225
Levene, Neale, Bender, Rankin & Brill L.L.P.
1801 Avenue of the Stars
Suite 1120
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


American Express
Box 0001
Los Angeles, CA 90096


AT&T Wireless
PO Box 6028
Cerritos, CA 90703


Avi S. Peretz
2800 28th Street, #338
Santa Monica, CA 90405


Bank of America
PO Box 35140
Louisville, KY 40232-5140

Charter Communications
PO Box 78475
Phoenix
Phoenix, AZ 85062-8475

Chevron
PO Box 2001
Concord, CA 94529

Citi Gold Advantage Card
PO Box 6414
The Lakes, NV 88901-6414

City of Pasadena, Municipal Service
PO Box 7120
Pasadena, CA 91109

Cook, Roach & Lawless
1111 Bagby, Suite 2650
Attn: Randy Roach, Jr.
Houston, TX 77002

Del Grove Homeowners Association
c/o D & J Properties
2581 N. Lake Avenue
Altadena, CA 91001

Dr. Stephen J. Cook, Trustee
(for the Marshall Museum & Trust)
c/o Breazeale, Sachse & Wilson
909 Poydras St., #1500
New Orleans, LA 70112

E. Pierce Marshall as Trustee
for Bettye B. Marshall Trusts
c/o Chambers Law Firm
6440 N. Central Expressway, #416
Dallas, TX 75206

French Hand Laundry
Lake Avenue
Pasadena, CA 91106


Hardin Marine Arrowhead
PO Box 1885
Lake Arrowhead, CA 92352


Lake Arrowhead Cable
Charter Communications
12490 Business Center Drive, #1
Victorville, CA 92392


Lake Arrowhead Country Club
PO Box 670
Lake Arrowhead, CA 92352


Lake Arrowhead Yacht Club
PO Box 363
Lake Arrowhead, CA 92352


Lawter & Lawter
5615 Kirby, #930
Attn: Jack W. & Dianne Lawter
Houston, TX 77005


Locke Liddell & Sapp
3400 Chase Tower
600 Tavis St.
Houston, TX


Mellon Bank, N.A.
2 Mellon Bank Center
Room 875
Pittsburgh, PA 15259

Mellon Private Mortgages
PO Box 59367
Schaumburg, IL 60159-0367


Milford, Hilliard & Farrar P.C.
1304 Enterprise Blvd.
Lake Charles, LA 70601


SBC Pacific Bell
Payment Center
Van Nuys, CA 91388


SCE
PO Box 600
Rosemead, CA 91771


So. Calif. Gas Co.
PO Box C
Monterey Park, CA 91756


Sunrise at Mammoth
PO Box 8989
Mammoth Lakes, CA 93546


The Hartnett Law Firm
4900 Thanksgiving Tower
1601 Elm Street
James J. Hartnett, Jr.
Dallas, TX 75201


Unique House Cleaning
401 W. Laxford St.
Glendora, CA 91740

United Mileage Plus
PO Box 50882
Henderson, NV 89016-0882

Verizon
PO Box 3001
Inglewood, CA 90313

Verizon Wireless
PO Box 19769
Irvine, CA 92623

Wells Fargo Bank Texas, N.A.
1445 Ross Avenue
T5303-442
Dallas, TX 75202